THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANNA MARCINE TURNER,<br><br>Defendant. | CASE NO. CR15-0136-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed Motion to Continue Trial Date (Dkt. No. 22). Having thoroughly considered Defendant's briefing and the relevant record, as well as Defendant's Waiver of Speedy Trial through November, 30, 2015 (Dkt. No. 23), the Court hereby GRANTS the Motion to Continue Trial (Dkt. No. 22). Trial in the above-captioned matter is hereby CONTINUED to **October 19th, 2015** at 9:30 AM in Courtroom 16206.

In ordering thus, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the Defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The Defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for

pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the Defendant reasonable time for effective preparation of her defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

The resulting period of delay from June 15, 2015, through October 19th, 2015, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

The deadline for Pretrial Motions is continued to September 24, 2015.

DATED this 12th day of May 2015.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE