THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0136-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SHANNA MARCINE TURNER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to seal her motion to modify the conditions of her release, including exhibits (Dkt. No. 64). Given the sensitive information contained in the filings, the Court finds good cause to seal. The motion to seal (Dkt. No. 64) is GRANTED. The Clerk is DIRECTED to maintain Docket Number 65 under seal.

DATED this 9th day of April 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER, CR15-0136-JCC
PAGE - 1